PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

U.S.A. vs. Stacy Nicholas           Docket No.    0315 2:09CR00276-002

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Stacy Nicholas, who was placed under pretrial release supervision by the Honorable Lisa Pupo Lenihan sitting in the COURT at Pittsburgh, PA, on the 6th day of October, 2009, under various conditions that included the provision that she notify Pretrial Services of any change of employment, address, or phone number.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant was directed to report to Pretrial Services on the first Tuesday of each month, and by phone every Tuesday of each month. The defendant failed to report to Pretrial Services during the first week of the month in September 2010, as directed. The defendant has failed to report by phone during the month of September. Attempts to reach the defendant by phone have been unsuccessful. On September 7, 2010, this officer attempted to make a home contact with the defendant at her residence located at 428 McKee Avenue, Monessen, Pennsylvania. There was no response to this officers knock on the door. On September 23, 2010, this officer along with USPO Martin attempted to make an unannounced home contact. Upon arrival, Officers Martin and Guenther discovered furniture and personal belonging on the sidewalk in front of the defendant's residence. There was a note posted on the front door which read, "No Trespassing. Under New Ownership". This officer looked into the front window of the residence to an empty room.

PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED AND THE DEFENDANT DETAINED PENDING A HEARING BEFORE THIS COURT

ORDER OF COURT

Considered and ordered this ____4th____ day of __Oct__, 2010, and ordered filed and made a part of the records in the above case.

_____
Gary L. Lancaster
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 28, 2010

_____
Rebecca Guenther
U.S. Probation Officer

_____
Elaine M. Johnston
Assistant Deputy Chief U.S. Probation Officer

Place    Pittsburgh, Pennsylvania